

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00112-CR

RAYVAUGHN DESHAWN PERKINS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 24F0530-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

On June 26, 2024, pursuant to a plea agreement with the State, RayVaughn Deshawn Perkins pled guilty to evading arrest/detention with a motor vehicle.[1]  The trial court deferred a finding of guilt and placed Perkins on deferred adjudication community supervision.  On June 17, 2025, the trial court entered an order modifying the terms and conditions of his community supervision.  On July 19, 2025, Perkins filed a notice of appeal.  It appears from his notice that he is attempting to appeal the trial court's June 17 order modifying the terms and conditions of his community supervision.

On August 7, 2025, we sent Perkins a letter explaining that, in a deferred adjudication community supervision context, there are two types of appealable orders:  "(1) an order granting deferred adjudication, and (2) an order imposing punishment pursuant to an adjudication of guilt."  *Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006).  We further explained that, because the trial court's order modifying the terms and conditions of his deferred adjudication community supervision is not appealable, it appeared that we were without jurisdiction over his appeal.  We afforded Perkins the opportunity to demonstrate how we had jurisdiction over his appeal, and we warned him that if we did not receive an adequate response by August 27, 2025, we would have no choice but to dismiss his appeal for want of jurisdiction.  Perkins did not file a response.

---

[1]*See* TEX. PENAL CODE ANN. § 38.04 (Supp.).

Accordingly, we dismiss this appeal for want of jurisdiction.


Jeff Rambin
Justice

Date Submitted:     September 11, 2025
Date Decided:       September 12, 2025

Do Not Publish